Menke Jackson Beyer
  Ehlis Harper & Plant, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COYOTE WOMACK, individually, and NICHOLAS R. KAGER, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF MOSES LAKE, MOSES LAKE POLICE DEPARTMENT and OFFICERS L. SITTON, AARON HINTZ AND RICHARD FRANCIS in their capacity as Moses Lake Police Officers and as individuals, <br><br> Defendants. | NO. CV-11-159-LRS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY'S FEES OR COSTS** |

The above entitled matter having come before the Court upon the stipulation of the parties by and through their counsel, ECF No. 16, and it appearing to the Court that this matter has been fully settled and should no

**ORDER OF DISMISSAL - 1**

MENKE JACKSON BEYER
EHLIS HARPER & PLANT, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

longer remain pending, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the Parties Stipulated Motion to Dismiss, ECF No. 15, is GRANTED and the above entitled action shall be and the same is hereby dismissed with prejudice and without attorney's fees or costs.

DATED this 22nd day of March, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

s/ KIRK A. EHLIS (WSBA #22908)
Attorneys for Defendants
Menke Jackson Beyer
  Ehlis Harper & Plant, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

s/ DAVID R. PARTOVI (WSBA #30611)
Attorneys for Plaintiffs
Partovi Law, P.S.
900 North Maple, LL
Spokane, Washington 99201
Telephone: (509) 270-2141
Fax: (509) 326-6102
Email: partovilaw@gmail.com

**ORDER OF DISMISSAL - 2**

MENKE JACKSON BEYER
EHLIS HARPER & PLANT, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351